UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER MUSIC GROUP CORP.; WILLIE
JOHNSON ESQ.,

                        Plaintiffs,

              -against-

101 HANDS ON, et al.,

                        Defendants.

1:24-CV-7930 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

This action was purportedly brought by Warner Music Group Corporation and an attorney known as "Willie Johnson, Esq." The complaint is signed by "Willie Johnson, Esq.," but it mentions Robert W. Johnson (ECF 1, at 3), and, more importantly, the *in forma pauperis* ("IFP") application that accompanies the complaint was signed by Robert W. Johnson (ECF 2). Thus, it seems evident that this action was actually brought by Robert W. Johnson, and not by the two abovementioned purported plaintiffs.

In an order dated July 10, 2020, the court barred Robert W. Johnson from filing future civil actions in this court IFP without first obtaining from the court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Robert W. Johnson files this new *pro se* civil action in this court and seeks IFP status, but he has not sought leave from the court to file this action. The Court therefore dismisses this action without prejudice due to Robert W. Johnson's failure to comply with the court's July 10, 2020 order in *Johnson*, 1:19-CV-7337.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order. The Court also directs the Clerk of Court to mail a copy of this order, the accompanying judgment, and the relevant appeal instructions to Robert W. Johnson at the address listed for "Willie Johnson, Esq." in the docket of this action.

SO ORDERED.

Dated:     March 7, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                  Chief United States District Judge