UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER MUSIC GROUP CORP.; WILLIE JOHNSON ESQ,

              Plaintiffs,

-against-

101 HANDS ON, ET AL.,

              Defendants.

24 CIVIL 7930 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 7, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 7, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge